# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANRIC CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08CV342 |
| v. | ) | |
| | ) | ORDER |
| SAPUTO CHEESE AND PROTEIN, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge on June 19, 2009 by counsel for the parties,

**IT IS ORDERED that:**

1. **On or before July 20, 2009**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The pretrial conference and trial previously scheduled are cancelled upon the representation that this case is settled.

DATED this 19th day of June, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge