IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANRIC CORPORATION ) | |
| ) | Case No. 8:08CV342-JFB-TDT |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER FOR DISMISSAL** |
| SAPUTO CHEESE AND PROTEIN, LLC ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

    The Court finds that the joint motion of the parties to dismiss the plaintiff's complaint is true and proper and should be granted.

    IT IS HEREBY ORDERED BY THE COURT that the plaintiff's complaint is hereby dismissed with prejudice, each party to pay their own costs.

    Dated this 21st day of July, 2009.

BY THE COURT

**s/ Joseph F. Bataillon**
United States District Judge